**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY SHERIFF GARCIA, et al.<br><br>　　　　Defendants. | Case No.: 1:13-cv-01279 - LJO - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED NOVEMBER 7, 2013 |

　　　　On November 7, 2013, the Court issued an order to Plaintiff to show cause why sanctions should not be imposed for his failure to obey the Court's orders and file an amended complaint. In the alternative, Plaintiff was directed to file an amended complaint within fourteen days. (Doc. 5.)

　　　　In compliance with the Court's order, Plaintiff filed his First Amended Complaint on November 18, 2013. (Doc. 6.) Therefore, the Order to Show Cause dated November 7, 2013 is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated: **November 19, 2013**　　　　　　　／s/ **Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE