UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY SHERIFF GARCIA, et al.<br><br>    Defendants. | Case No.: 1:13-cv-01279 - LJO - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |

On February 27, 2014, Plaintiff filed a motion for an extension of time to respond to the Court's order to either file a Second Amended Complaint or notify the Court of his willingness to proceed only on his cognizable claim.  (Doc. 11.)  Plaintiff reports that he anticipates being released, and plans to provide further evidence in support of his claim that the Court found was not cognizable. (*Id.*) Plaintiff asserts he is "in the process of retaining legal counsel."  (*Id.*)

Good cause appearing, Plaintiff's motion for an extension of time is **GRANTED**, and Plaintiff **SHALL** file a Second Amended Complaint no later than **March 31, 2014**.

IT IS SO ORDERED.

Dated:   **March 4, 2014**              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE

1