UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY SHERIFF GARCIA, et al.<br><br>　　　　Defendants. | Case No.: 1:13-cv-01279 - LJO - JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR HIS FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDER |

　　Juan Hernandez is proceeding pro se with an action pursuant to 42 U.S.C. § 1983 for a violation of his civil rights. On February 7, 2014, the Court determined Plaintiff stated a cognizable claim and directed Plaintiff to either notify the Court of his willingness to proceed on this claim, or to file a second amended complaint. (Doc. 10.) On February 27, 2014, Plaintiff requested an extension of time to file a second amended complaint. (Doc. 11.) Plaintiff's request was granted, and he was ordered to file the amended pleading no later than March 31, 2014. (Doc. 12 at 1.) To date, Plaintiff has failed to comply with or otherwise respond to the Court's order.

　　The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831

(9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause within 14 days of the date of service of this Order why the action should not be dismissed for his failure to prosecute and failure comply with the Court's order or, in the alternative, to file his Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **April 9, 2014**                    **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE